## MOIRA MCGLADRIGAN *v.* CHERYL ANN REYNOLDS ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 45 Conn. App. 909 (AC 16249), is denied.

*Kenneth J. McDonnell,* in support of the petition.

Decided September 18, 1997

## NEW ENGLAND SAVINGS BANK *v.* MEADOW LAKES REALTY COMPANY ET AL.

The petition of the defendant Donald S. Brodeur, Sr., for certification for appeal from the Appellate Court, 45 Conn. App. 921 (AC 16250), is denied.

*Donald D. Philips,* in support of the petition.

*Frederick S. Ury,* in opposition.

Decided September 18, 1997

## ROSEMARY LUCIBELLO *v.* MICHAEL A. LUCIBELLO

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 911 (AC 16254), is denied.

*Earl I. Williams,* in support of the petition.

Decided September 18, 1997